IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pedersen, Verna M

Printed: 6/3/08

Case Number: 05 B 14306
Judge: Goldgar, A. Benjamin
Filed: 4/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: May 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 27,043.84 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,556.16 |
| Other Funds: |  | 0.00 |
| Totals: | 30,600.00 | 30,600.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard S Bass | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 3,116.90 | 3,305.25 |
| 4. | ECast Settlement Corp | Unsecured | 4,857.66 | 5,151.23 |
| 5. | American Express Centurion | Unsecured | 5,968.39 | 6,329.15 |
| 6. | ECast Settlement Corp | Unsecured | 1,805.98 | 1,915.07 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 296.96 | 314.92 |
| 8. | Resurgent Capital Services | Unsecured | 6,024.70 | 6,388.95 |
| 9. | Resurgent Capital Services | Unsecured | 3,431.83 | 3,639.27 |
| 10. | Harris Bank | Secured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,502.42 | $ 29,043.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 102.00 |
| 5.5% | 420.20 |
| 5% | 127.99 |
| 4.8% | 244.80 |
| 5.4% | 550.70 |
| 6.5% | 110.47 |
|  | _____ |
|  | $ 1,556.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pedersen, Verna M | Case Number:  05 B 14306 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/3/08 | Filed:  4/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

